Case: 2:19-cv-02243-SDM-CMV Doc #: 1-1 Filed: 05/29/19 Page: 1 of 3 PAGEID #: 5
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 May 10 12:08 PM-19CV003836
0E661 - R48

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | |
|---|---|
| James A. White, Sr.<br>131 Franklin Park West<br>Columbus, Ohio 43205 | Case No.:<br><br>Judge: |
| Plaintiff, | |
| v. | JURY DEMAND<br>ENDORSED HEREON |
| Menard, Inc.<br>d.b.a. Menards<br>c/o Statutory Agent<br>CSC-Corporation Service Company<br>50 W. Broad Street<br>Suite 1330<br>Columbus, Ohio 43215 | |
| Defendant. | |

### COMPLAINT

1. On or about May 26, 2017, Plaintiff, James A. White, Sr. (hereinafter "White" or "Plaintiff") was injured while an invitee at the Menards located at 6800 E. Broad Street, Columbus, Ohio 43213.

2. At that time and place, Defendant created a hazardous condition on the floor by causing a foreign substance to be placed on the floor or permitting a foreign substance or other spilled liquid to remain on the floor.

3. At the above time Plaintiff was walking in an aisle adjacent to the cash register and stepped on a puddle of reddish-colored liquid and slipped striking the floor on his backside.

4. Plaintiff states that the Defendant, Menards, Inc., d.b.a. Menards (hereinafter "Menards" or "Defendant"), individually and/or by and through its agents and employees,


EXHIBIT A

negligently maintained, repaired or managed the Menards located at 6800 E. Broad Street, Columbus, Ohio, such that it was in an unsafe and dangerous condition, directly and proximately resulting in injuries to the Plaintiff.

5. Plaintiff states that the Defendant individually and/or by and through its agents and employees, negligently created the unsafe and dangerous condition of the Menards, and/or had actual or constructive knowledge of the unsafe and dangerous condition, and negligently failed to take reasonable measurers to protect its invitees from that dangerous and unsafe condition, and negligently failed to warn Plaintiff of the unsafe and dangerous condition that it knew or should have known existed.

6. As a direct and proximate result of the conduct of the Defendant, Plaintiff suffered multiple injuries, which injuries are permanent and have caused and will cause in the future, pain, suffering, mental anguish and permanent disability, depriving him of a normal way of life.

7. As a direct and proximate result of the conduct of the Defendant, the Plaintiff has incurred reasonable and necessary medical, hospital and related expenses and, due to the permanent nature of his injuries, Plaintiff expects to incur further medical expenses in the future.

8. As a direct and proximate result of the conduct of the Defendant, the Plaintiff has lost income in an amount yet to be determined, and, due to the permanent nature of his injuries, Plaintiff expects further such income loss in the future, and his earning capacity has been permanently impaired.

WHEREFORE, the Plaintiff demands judgment against defendant for damages in excess of $25,000.00, plus pre-judgment and post-judgment interest, and the attorney fees and costs he has incurred in this action.

Respectfully submitted,

**Maguire Schneider Hassay, LLP**

/s/ Patrick D. Maguire
Patrick D. Maguire (#0031258)
1650 Lake Shore Drive, Suite 150
Columbus, Ohio 43204
Telephone: (614) 224-1222
Facsimile: (614) 224-1236
pmaguire@msh-lawfirm.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff, by and through the undersigned, hereby demands a trial by jury on all issues.

/s/ Patrick D. Maguire
Patrick D. Maguire (#0031258)